**Order filed September 17, 2025**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00135-CV
_____

### DOMINIQUE CUNNINGHAM, Appellant

### V.

### TENESHIA HUDSPETH, Appellee

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2025-35689**

---

## ORDER

This is an appeal from a judgment signed August 1, 2025. This Court has determined that the appeal should be transferred to the First Court of Appeals pursuant to section 73.001(c)(1) of the Government Code and Rule 27a of the Texas Rules of Appellate Procedure.

It is ORDERED that the appeal docketed under this Court's appellate cause number 15-25-00135-CV is transferred to the First Court of Appeals pursuant to section 73.001(c)(1) of the Government Code and Rule 27a of the Texas Rules of

Appellate Procedure. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the First Court of Appeals.

PER CURIAM

I, Christopher A. Prine, Clerk of the Fifteenth Court of Appeals at Austin, hereby certify that this case was transferred to the First Court of Appeals at Houston, as previously ordered by this Court pursuant to Tex. R. App. P. 27a, as the same appears of record in this Court's minutes.

Given under my hand and seal of this Court at Austin, this September 17, 2025.



Christopher A. Prine, Clerk
Fifteenth Court of Appeals at Austin